IN THE UNITED STATES DISTRICT COURT
STATE OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Central Plains Ag Services LLC,<br><br>Plaintiff,<br><br>-vs-<br><br>Nationwide Agribusiness Insurance Company,<br><br>Defendant. | Case No. 3:18-cv-00200<br><br>**STIPULATION TO DISMISS** |

[1]   IT IS HEREBY STIPULATED, AGREED, AND UNDERSTOOD by and between the above-named parties, by and through their respective counsel of record, that the above-captioned action shall be and the same is hereby in all things dismissed, with prejudice, and on the merits and without costs or disbursements to any party, and that an Order for Judgment of Dismissal with Prejudice may be entered accordingly, without any costs or any further notice to any of said parties or their attorneys of record.

Dated: March 11, 2020  /s/ Steven F. Lamb
Steven F. Lamb (#04313)
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, ND 58107-1389
701.237.6983
slamb@vogellaw.com
sfllitgroup@vogellaw.com (service)
Attorneys for Plaintiff

Dated: March 11, 2020         /s/ Joseph A. Wetch, Jr.
Joseph A. Wetch, Jr. (#05788)
SERKLAND LAW FIRM
10 Roberts Street North
P.O. Box 6017
Fargo, ND 58108-6017
701.232.8957
jwetch@serklandlaw.com
Attorneys for Defendant